## Commonwealth *v.* Cozart, Appellant.

Submitted June 16, 1975. *George J. D'Ambrosio,* and *Owens & D'Ambrosio,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order reversed and the case is remanded for an evidentiary hearing.

## Commonwealth *v.* Craighead, Appellant.

Before SALMON, J.

Submitted November 17, 1975. *Harry E. Knafelc,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Davy, Appellant.

Before ATKINS, P. J.

Submitted September 8, 1975. *Laurence T. Himes, Jr.,* and *Griest, Mangan & Himes,* for appellant; *Morrison B. Williams,* Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.